# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BOYD D. REMOUR & DIANNA M. REMOUR　　　　　　　Case Number: 04-75885
1060 BUNKER HILL ROAD　　　　　　　SSN-xxx-xx-8394 & xxx-xx-3834
ALBANY, IL  61230

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case filed on:　11/29/2004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plan Confirmed on:　 2/4/2005
P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,045.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY BRUCE A BUCKROP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 011 | IDAPP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TRINITY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | H&R ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BOYD D. REMOUR | 0.00 | 0.00 | 12.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 12.00 | 0.00 |
| 002 | CITIFINANCIAL | 0.00 | 387.81 | 387.81 | 0.00 |
| 003 | NATIONAL CAPITAL MANAGEMENT LLC | 4,000.00 | 4,000.00 | 4,000.00 | 235.95 |
| | Total Secured | 4,000.00 | 4,387.81 | 4,387.81 | 235.95 |
| 001 | BENEFICIAL FINANCE CORPORATION | 9,658.02 | 9,658.02 | 3,727.22 | 0.00 |
| 003 | NATIONAL CAPITAL MANAGEMENT LLC | 2,303.48 | 2,303.48 | 888.96 | 0.00 |
| 004 | STERLING FEDERAL BANK | 3,302.88 | 3,302.88 | 1,274.65 | 0.00 |
| 005 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,831.77 | 1,831.77 | 706.91 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 1,247.17 | 1,247.17 | 481.31 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 1,379.55 | 1,379.55 | 532.39 | 0.00 |
| 010 | ILLINOIS STUDENT ASSISTANCE COMM | 3,408.56 | 3,408.56 | 1,315.43 | 0.00 |
| 012 | QUAD CORPORATION | 264.87 | 264.87 | 102.22 | 0.00 |
| 013 | IOWA PLAN FOR BEHAVIORAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 392.82 | 392.82 | 151.59 | 0.00 |
| 016 | MARY FRANCIS NUGUID, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | QUAD CITIES SURGICAL ASSOC. SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TRINITY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WELLS FARGO FINANCIAL | 935.28 | 935.28 | 360.94 | 0.00 |
| | Total Unsecured | 24,724.40 | 24,724.40 | 9,541.62 | 0.00 |
| | Grand Total: | 31,424.40 | 31,812.21 | 16,641.43 | 235.95 |

Total Paid Claimant:　$16,877.38
Trustee Allowance:　　$1,167.62　　　Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:　　38.59　　discharging the trustee and the trustee's surety from any and all
　　　　　　　　　　　　　　　　　　liablility on account of the within proceedings, and closing the estate,
　　　　　　　　　　　　　　　　　　and for such other relief as is just.  Pursuant to FRBP, I hereby
　　　　　　　　　　　　　　　　　　certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008　　　　　By   /s/Heather M. Fagan